UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS DEFINED CONTRIBUTION PENSION FUND, INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, CENTRAL MIDWEST REGIONAL COUNCIL OF CARPENTERS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | No. 1:24-cv-01993-MPB-MG |
| JNS CONSTRUCTION CORP II Clerk's Entry of Default entered on 1/14/2025, | ) ) ) ) | |
| Defendant. | ) ) | |

## FINAL JUDGMENT

Pursuant to the Court's Order on this date, the Court now enters **FINAL JUDGMENT** in

favor of Plaintiffs and against Defendant JNS Construction Corp II.

**IT IS SO ORDERED.**

Dated: May 21, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

JNS Construction Corp II
c/o Noe Nava, registered agent
3045 W. 87th Street
Evergreen Park, IL 60805

Served electronically on all ECF-registered counsel of record.

UNITED STATES DISTRICT COURT
Southern District of Indiana
I, the undersigned Clerk of the
Court, do hereby certify that
this is a true, correct and full copy
of the original    Final Judgment
on file in my custody.
Cause No. 1:24-cv-1993-MPB-MG
Dated  4·18·2026
Kristine L. Seufert, Clerk
by J. Hunter                 , Deputy Clerk
            2            # of pages (text)
                         # of pages (exhibits)